**Order filed February 12, 2015.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-14-00951-CR

———————

### EX PARTE BRENT WAYNE JUSTICE

---

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1385768**

---

## ORDER

On December 5, 2014, the reporter, Judy Fox, informed this court appellant had not made payment arrangements for the record. We abated this appeal for the trial court to determine if appellant was entitled to proceed without the payment of costs. *See* Tex. R. App. P. 37.3(c)(2)(B). The trial court has determined appellant is indigent. Accordingly, we enter the following order.

The appeal is reinstated and the reporter, Judy Fox, is ordered to file the record in this appeal **within 20 days** of the date of this order.

PER CURIAM